# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:20-CV-00577-OLG

Plaintiff:
**Lewis, et al**

vs.

Defendant:
**Ruth Hughs, in her official capacity as Texas Secretary of State**

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Austin Process LLC on the 13th day of May, 2020 at 10:24 am to be served on **Ruth Hughs Texas Secretary of State, 1019 Brazos, Room 105, Austin, Travis County, TX 78701**.

I, Mike Techow, do hereby affirm that on the **13th day of May, 2020** at **3:20 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Correspondence dated April 12, 2020, Summons in a Civil Action and Plaintiff's Complaint for Injunctive and Declaratory Relief** with the date and hour of service endorsed thereon by me, to: **Web Jerome, Texas Secretary of State** as **Authorized Agent** at the address of **1019 Brazos, Room 105, Austin, Travis County, TX 78701** and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

My name is _Mike Techow_, my date of birth is _6.26.72_ and my _current_ address is _809 Nueces St, Austin, TX 78701_ _Travis_ (County).
I declare under penalty of perjury that the following is true and correct. Executed in _Travis_ County, State of Texas, on the _13_ day of _May_, 2020.

_____
Declarant

_____
**Mike Techow**
PSC-1215, Exp. 7/31/20

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2020002931
Ref: 125320.0025

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m