UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>    Plaintiffs,<br><br>vs.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>    Defendant. | Civil Action No. 5:20-cv-00577<br><br>Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

## APPENDIX IN SUPPORT OF
## PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

| Exhibit | Document Description |
|---|---|
| 1. | Declaration of Aria C. Branch |
| A. | Expert Report of Catherine L. Troisi; Associate Professor, Department of Management, Policy, and Community Health and Department of Epidemiology, Human Genetics, and Environmental Sciences and Center for Infectious Diseases at the University of Texas Health Science center at Houston, School of Public Health (UTSPH) and Adjunct Professor at Baylor College of Medicine; dated June 18, 2020 |
| B. | *Texas Case Counts - COVID-19*, Texas Department of State Health Services, accessed June 19, 2020, https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/ed483ecd702b4298ab01e8b9cafc8b83. |
| C. | Expert Report of Drs. Michael Herron and Daniel Smith, dated June 22, 2020 |
| D. | Alexa Ura, *Drive-thrus and free pencils: Texas plans for July elections with in-person voting*, Texas Tribune, Apr. 20, 2020, |

| | |
|---|---|
| | https://www.texastribune.org/2020/04/20/despite-coronavirus-texas-plans-july-elections-person-voting/. |
| E. | *Recommendations for Election Polling Locations*, Centers for Disease Control and Prevention, Mar. 27, 2020, https://www.cdc.gov/coronavirus/2019-ncov/community/election-polling-locations.html. |
| F. | *Quick Facts - Texas*, United States Census Bureau, accessed June 19, 2020, https://www.census.gov/quickfacts/TX. |
| G. | *Percent Voting by Age, Gender, Educational Attainment, Race, and Family Income:* November 2000 Presidential Election, The Texas Politics Project, accessed June 19, 2020, https://texaspolitics.utexas.edu/archive/html/vce/features/0302_02/demographics.html. |
| H. | *2020 Primary Election Turnout*, Office of Nevada Secretary of State, June 19, 2020 |
| I. | *2016 Primary Election Turnout*, Office of Nevada Secretary of State, June 23, 2016 |
| J. | *Early Voting - November 2, 2018*, Texas Secretary of State, accessed June 19, 2020, https://www.sos.state.tx.us/elections/earlyvoting/2018/nov2.shtml. |
| K. | Declaration of Plaintiff Linda Jan Lewis, dated June 17, 2020 |
| L. | Declaration of Plaintiff Madison Lee, dated June 19, 2020 |
| M. | Declaration of Maria Teresa Kumar, President and Executive Director of Plaintiff Voto Latino, dated June 15, 2020 |
| N. | Declaration of Gary Bledsoe, President of Plaintiff Texas State Conference of the National Association for the Advancement of Colored People ("TX-NAACP"), dated June 17, 2020 |
| O. | Declaration of Judy Bryant, Field Organizer for Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 17, 2020 |
| P. | Declaration of Plaintiff George Morgan, dated June 16, 2020 |
| Q. | *King County Prepaid Postage Pilot: Summary*, Washington Secretary of State - Elections Division |
| R. | Genevieve Gill, *Early Voting by Mail*, Texas Secretary of State - Elections Division Law Seminar, Nov. 2018, https://www.sos.texas.gov/elections/forms/seminar/2018/30th/presentation-files/Early-Voting-by-Mail-(ABBM).ppsx. |

| | |
|---|---|
| S. | Eric Katz, *These Federal Agencies Have Seen the Most COVID-19 Deaths*, Government Executive, May 21, 2020, https://www.govexec.com/workforce/2020/05/these-federal-agencies-have-seen-most-covid-19-deaths/165578/. |
| T. | *Early Voting Ballot Board & Signature Verification Committee - Handbook for Election Judges and Clerks 2020*, The Office of the Texas Secretary of State, Elections Division, accessed June 19, 2020, https://www.sos.state.tx.us/elections/forms/ballot-board-handbook.pdf. |
| U. | Declaration of Daryl Jones, member of Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 17, 2020 |
| V. | Declaration of Barbara Rojas, member of Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 19, 2020 |
| W. | Expert Report of Dr. Linton A. Mohammed, certified Forensic Document Examiner, dated June 22, 2020 |
| X. | Declaration of Plaintiff Ellen Sweets, dated June 15, 2020 |
| Y. | Declaration of Plaintiff Benny Alexander, dated June 15, 2020 |
| Z. | Declaration of Joanna Marie Green, dated June 11, 2020 |
| AA. | Declaration of Terrence William Tull, dated June 16, 2020 |
| AB. | Declaration of Juanita E. McAdoo, dated June 8, 2020 |
| AC. | Declaration of Prentiss Hogan, dated June 5, 2020 |

Dated:  June 22, 2020                                  Respectfully submitted,

                                         Skyler M. Howton, TX# 24077907
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
showton@perkinscoie.com

Marc E. Elias*
Aria C. Branch*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
melias@perkinscoie.com
abranch@perkinscoie.com

Kevin J. Hamilton*
William B. Stafford*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
khamilton@perkinscoie.com
wstafford@perkinscoie.com

Gillian Kuhlmann*
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Century City, CA 90067
gkuhlmann@perkinscoie.com

Sarah Schirack*
PERKINS COIE LLP
1029 W. 3rd Ave, Suite 300
Anchorage, AK 99517
sschirack@perkinscoie.com

*Attorneys for Plaintiffs*

*\*Pro hac vice applications pending*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Skyler M. Howton*
Skyler M. Howton
