# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>　　　　　　　Defendant. | Civil Action No. 5:20-cv-00577<br><br>Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

## DECLARATION OF ARIA C. BRANCH IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

I, Aria C. Branch, hereby declare as follows:

1.　I am over 18 years of age and am competent to make this declaration. I am an attorney with the law firm of Perkins Coie LLP, and am admitted to practice law in the District of Columbia, the State of Virginia, and multiple federal district and appellate courts. I admitted in this case pro hac vice and represent Plaintiffs in the above-captioned matter. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Application for Preliminary Injunction.

2.　Attached as Exhibit A is a true and correct copy of the Expert Report of Catherine L. Troisi; Associate Professor, Department of Management, Policy, and Community Health and Department of Epidemiology, Human Genetics, and Environmental Sciences and Center for

Infectious Diseases at the University of Texas Health Science center at Houston, School of Public Health (UTSPH) and Adjunct Professor at Baylor College of Medicine; dated June 18, 2020.

3. Attached as Exhibit B is a true and correct copy of the webpage *Texas Case Counts - COVID-19*, Texas Department of State Health Services, accessed June 19, 2020.

4. Attached as Exhibit C is a true and correct copy of the Expert Report of Drs. Michael Herron and Daniel Smith, dated June 22, 2020.

5. Attached as Exhibit D is a true and correct copy of *Drive-thrus and free pencils: Texas plans for July elections with in-person voting*, by Alex Ura, Texas Tribune, Apr. 20, 2020.

6. Attached as Exhibit E is a true and correct copy of *Recommendations for Election Polling Locations*, Centers for Disease Control and Prevention, Mar. 27, 2020.

7. Attached as Exhibit F is a true and correct copy of *Quick Facts - Texas*, United States Census Bureau, accessed June 19, 2020.

8. Attached as Exhibit G is a true and correct copy of *Percent Voting by Age, Gender, Educational Attainment, Race, and Family Income: November 2000 Presidential Election*, The Texas Politics Project, accessed June 19, 2020.

9. Attached as Exhibit H is a true and correct copy of *2020 Primary Election Turnout*, Office of Nevada Secretary of State, June 19, 2020.

10. Attached as Exhibit I is a true and correct copy of *2016 Primary Election Turnout*, Office of Nevada Secretary of State, June 23, 2016.

11. Attached as Exhibit J is a true and correct copy of *Early Voting - November 2, 2018*, Texas Secretary of State, accessed June 19, 2020.

12. Attached as Exhibit K is a true and correct copy of the Declaration of Plaintiff Linda Jan Lewis, dated June 17, 2020.

13. Attached as Exhibit L is a true and correct copy of the Declaration of Plaintiff Madison Lee, dated June 19, 2020.

14. Attached as Exhibit M is a true and correct copy of the Declaration of Maria Teresa Kumar, President and Executive Director of Plaintiff Voto Latino, dated June 15, 2020.

15. Attached as Exhibit N is a true and correct copy of the Declaration of Gary Bledsoe, President of Plaintiff Texas State Conference of the National Association for the Advancement of Colored People ("TX-NAACP"), dated June 17, 2020.

16. Attached as Exhibit O is a true and correct copy of the Declaration of Judy Bryant, Field Organizer for Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 17, 2020.

17. Attached as Exhibit P is a true and correct copy of the Declaration of Plaintiff George Morgan, dated June 16, 2020.

18. Attached as Exhibit Q is a true and correct copy of *King County Prepaid Postage Pilot: Summary*, Washington Secretary of State - Elections Division.

19. Attached as Exhibit R is a true and correct copy of the presentation *Early Voting by Mail*, by Genevieve Gill, Texas Secretary of State - Elections Division Law Seminar, Nov. 2018.

20. Attached as Exhibit S is a true and correct copy of *These Federal Agencies Have Seen the Most COVID-19 Deaths*, by Eric Katz, Government Executive, May 21, 2020.

21. Attached as Exhibit T is a true and correct copy of *Early Voting Ballot Board & Signature Verification Committee - Handbook for Election Judges and Clerks 2020*, The Office of the Texas Secretary of State, Elections Division, accessed June 19, 2020.

22. Attached as Exhibit U is a true and correct copy of the Declaration of Daryl Jones, member of Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 17, 2020.

23. Attached as Exhibit V is a true and correct copy of the Declaration of Barbara Rojas, member of Plaintiff Texas Alliance for Retired Americans ("TARA"), dated June 19, 2020.

24. Attached as Exhibit W is a true and correct copy of the Expert Report of Dr. Linton A. Mohammed, certified Forensic Document Examiner, dated June 22, 2020.

25. Attached as Exhibit X is a true and correct copy of the Declaration of Plaintiff Ellen Sweets, dated June 15, 2020.

26. Attached as Exhibit Y is a true and correct copy of the Declaration of Plaintiff Benny Alexander, dated June 15, 2020.

27. Attached as Exhibit Z is a true and correct copy of the Declaration of Joanna Marie Green, dated June 11, 2020.

28. Attached as Exhibit AA is a true and correct copy of the Declaration of Terrence William Tull, dated June 16, 2020.

29. Attached as Exhibit AB is a true and correct copy of the Declaration of Juanita E. McAdoo, dated June 8, 2020.

30. Attached as Exhibit AC is a true and correct copy of the Declaration of Prentiss Hogan, dated June 5, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2020.

*/s/ Aria C. Branch*
Aria C. Branch