# EXHIBIT F



# QuickFacts
## Texas; United States

QuickFacts provides statistics for all states and counties, and for cities and towns with a **population of 5,000 or more**.

## Table

| | Texas | United States |
|---|---|---|
| **All Topics** | | |
| **Population estimates, July 1, 2019, (V2019)** | **28,995,881** | **328,239,523** |
| 👤 **PEOPLE** | | |
| **Population** | | |
| **Population estimates, July 1, 2019, (V2019)** | **28,995,881** | **328,239,523** |
| Population estimates base, April 1, 2010, (V2019) | 25,146,091 | 308,758,105 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2019, (V2019) | 15.3% | 6.3% |
| Population, Census, April 1, 2010 | 25,145,561 | 308,745,538 |
| **Age and Sex** | | |
| Persons under 5 years, percent | ⚠ 7.1% | ⚠ 6.1% |
| Persons under 18 years, percent | ⚠ 25.8% | ⚠ 22.4% |
| Persons 65 years and over, percent | ⚠ 12.6% | ⚠ 16.0% |
| Female persons, percent | ⚠ 50.3% | ⚠ 50.8% |
| **Race and Hispanic Origin** | | |
| White alone, percent | ⚠ 78.8% | ⚠ 76.5% |
| Black or African American alone, percent   (a) | ⚠ 12.8% | ⚠ 13.4% |
| American Indian and Alaska Native alone, percent   (a) | ⚠ 1.0% | ⚠ 1.3% |
| Asian alone, percent   (a) | ⚠ 5.2% | ⚠ 5.9% |
| Native Hawaiian and Other Pacific Islander alone, percent   (a) | ⚠ 0.1% | ⚠ 0.2% |
| Two or More Races, percent | ⚠ 2.0% | ⚠ 2.7% |
| Hispanic or Latino, percent   (b) | ⚠ 39.6% | ⚠ 18.3% |
| White alone, not Hispanic or Latino, percent | ⚠ 41.5% | ⚠ 60.4% |
| **Population Characteristics** | | |
| Veterans, 2014-2018 | 1,474,232 | 18,611,432 |
| Foreign born persons, percent, 2014-2018 | 17.0% | 13.5% |
| **Housing** | | |
| Housing units, July 1, 2019, (V2019) | 11,283,353 | 139,684,244 |
| Owner-occupied housing unit rate, 2014-2018 | 61.9% | 63.8% |
| Median value of owner-occupied housing units, 2014-2018 | $161,700 | $204,900 |
| Median selected monthly owner costs -with a mortgage, 2014-2018 | $1,549 | $1,558 |
| Median selected monthly owner costs -without a mortgage, 2014-2018 | $500 | $490 |
| Median gross rent, 2014-2018 | $998 | $1,023 |
| Building permits, 2019 | 209,895 | 1,386,048 |
| **Families & Living Arrangements** | | |
| Households, 2014-2018 | 9,553,046 | 119,730,128 |
| Persons per household, 2014-2018 | 2.86 | 2.63 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2014-2018 | 84.1% | 85.5% |
| Language other than English spoken at home, percent of persons age 5 years+, 2014-2018 | 35.5% | 21.5% |
| **Computer and Internet Use** | | |
| Households with a computer, percent, 2014-2018 | 89.2% | 88.8% |
| Households with a broadband Internet subscription, percent, 2014-2018 | 79.3% | 80.4% |
| **Education** | | |
| High school graduate or higher, percent of persons age 25 years+, 2014-2018 | 83.2% | 87.7% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2014-2018 | 29.3% | 31.5% |
| **Health** | | |
| With a disability, under age 65 years, percent, 2014-2018 | 7.9% | 8.6% |
| Persons without health insurance, under age 65 years, percent | ⚠ 20.0% | ⚠ 10.0% |
| **Economy** | | |
| In civilian labor force, total, percent of population age 16 years+, 2014-2018 | 64.2% | 62.9% |
| In civilian labor force, female, percent of population age 16 years+, 2014-2018 | 57.7% | 58.2% |
| Total accommodation and food services sales, 2012 ($1,000)   (c) | 54,480,811 | 708,138,598 |
| Total health care and social assistance receipts/revenue, 2012 ($1,000)   (c) | 145,035,130 | 2,040,441,203 |
| Total manufacturers shipments, 2012 ($1,000)   (c) | 702,603,073 | 5,696,729,632 |
| Total merchant wholesaler sales, 2012 ($1,000)   (c) | 691,242,607 | 5,208,023,478 |
| Total retail sales, 2012 ($1,000)   (c) | 356,116,376 | 4,219,821,871 |
| Total retail sales per capita, 2012   (c) | $13,666 | $13,443 |

| Transportation | | |
|---|---:|---:|
| Mean travel time to work (minutes), workers age 16 years+, 2014-2018 | 26.4 | 26.6 |
| **Income & Poverty** | | |
| Median household income (in 2018 dollars), 2014-2018 | $59,570 | $60,293 |
| Per capita income in past 12 months (in 2018 dollars), 2014-2018 | $30,143 | $32,621 |
| Persons in poverty, percent | ▲ 14.9% | ▲ 11.8% |

## 🏭 BUSINESSES

| Businesses | | |
|---|---:|---:|
| Total employer establishments, 2017 | 592,677[1] | 7,860,674 |
| Total employment, 2017 | 10,580,160[1] | 128,591,812 |
| Total annual payroll, 2017 ($1,000) | 544,772,560[1] | 6,725,346,754 |
| Total employment, percent change, 2016-2017 | 1.4%[1] | 1.5% |
| Total nonemployer establishments, 2018 | 2,514,301 | 26,485,532 |
| All firms, 2012 | 2,356,748 | 27,626,360 |
| Men-owned firms, 2012 | 1,251,696 | 14,844,597 |
| Women-owned firms, 2012 | 866,678 | 9,878,397 |
| Minority-owned firms, 2012 | 1,070,392 | 7,952,386 |
| Nonminority-owned firms, 2012 | 1,224,845 | 18,987,918 |
| Veteran-owned firms, 2012 | 213,590 | 2,521,682 |
| Nonveteran-owned firms, 2012 | 2,057,218 | 24,070,685 |

## 🌐 GEOGRAPHY

| Geography | | |
|---|---:|---:|
| Population per square mile, 2010 | 96.3 | 87.4 |
| Land area in square miles, 2010 | 261,231.71 | 3,531,905.43 |
| FIPS Code | 48 | 1 |