# EXHIBIT G

## The Texas Politics Project
### The demographics of voting

**Percent Voting by Age, Gender, Educational Attainment, Race, and Family Income: November 2000 Presidential Election***

| Category | Percent of Texas Citizens | Percent of U.S. Citizens |
|---|---|---|
| **All Citizens** | **54.1%** | **59.5%** |
| *Age* | | |
| 18-24 | 32.1 | 36.1 |
| 25-44 | 52.7 | 56.1 |
| 45-64 | 62.9 | 67.8 |
| 65-75 | 67.2 | 72.2 |
| >75 | 60.1 | 66.2 |
| *Gender* | | |
| Male | 53.1 | 58.1 |
| Female | 55.1 | 60.7 |
| *Educational Attainment* | | |
| Grade School or Some High School | 32.1 | 38.5 |
| High School Graduate | 46.6 | 52.5 |
| Some College | 57.4 | 63.1 |
| Four Yr. College Graduate | 76.4 | 75.4 |
| Advanced Degree | 81.8 | 81.9 |
| *Race* | | |
| White (non-Hispanic) | 58.8 | 61.8 |
| Black (non-Hispanic) | 58.6 | 56.9 |
| Hispanic | 41.0 | 45.1 |
| Asian and Pacific Islander | 51.0 | 43.3 |
| *Family Income ($)* | | |
| 0-24,999 | 42.5 | 48.0 |
| 25,000-49,999 | 51.9 | 59.7 |
| 50,000-74,999 | 59.5 | 68.0 |
| >75,000 | 74.6 | 74.2 |

*Source*: Current Population Survey. (full source, footnote)

You are currently viewing a legacy feature of the Texas Politics Project website. Please visit the expanded Texas Politics Project website to learn more about our updated webtext and to find additional educational resources.