# EXHIBIT H



## Office of Nevada Secretary of State Barbara K. Cegavske
## 2020 Primary Election Turnout
**Updated: 6/19/2020 12:12 PM**

| County | Mail Ballots Returned By Voters | | | | In-person Voting | | | | Total Voter Turnout | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Returned | Dem Total | Rep Total | Other Total | Total In-person Voters | Dem Total | Rep Total | Other Total | Total Turnout (Mail and In-person) | Dem Total | Rep Total | Other Total |
| Carson City | 13,539 | 4,648 | 6,618 | 2,273 | 296 | 60 | 197 | 39 | 13,835 | 4,708 | 6,815 | 2,312 |
| Churchill | 5,702 | 1,184 | 3,711 | 807 | 32 | 1 | 24 | 7 | 5,734 | 1,185 | 3,735 | 814 |
| Clark | 310,842 | 152,500 | 107,880 | 50,462 | 3,127 | - | - | - | 313,969 | 152,500 | 107,880 | 50,462 |
| Douglas | 18,661 | 4,306 | 12,147 | 2,208 | 98 | 10 | 82 | 6 | 18,759 | 4,316 | 12,229 | 2,214 |
| Elko | 6,068 | 1,149 | 3,958 | 961 | 232 | 36 | 165 | 31 | 6,300 | 1,185 | 4,123 | 992 |
| Esmeralda | 212 | 31 | 152 | 29 | - | - | - | - | 212 | 31 | 152 | 29 |
| Eureka | 423 | 38 | 333 | 52 | - | - | - | - | 423 | 38 | 333 | 52 |
| Humboldt | 3,669 | 605 | 2,509 | 555 | 101 | 7 | 82 | 12 | 3,770 | 612 | 2,591 | 567 |
| Lander | 1,354 | 224 | 960 | 170 | 23 | 2 | 17 | 4 | 1,377 | 226 | 977 | 174 |
| Lincoln | 1,113 | 220 | 773 | 120 | 16 | 1 | 12 | 3 | 1,129 | 221 | 785 | 123 |
| Lyon | 12,434 | 2,964 | 7,480 | 1,990 | 143 | 19 | 110 | 14 | 12,577 | 2,983 | 7,590 | 2,004 |
| Mineral | 949 | 330 | 489 | 130 | 164 | 31 | 112 | 21 | 1,113 | 361 | 601 | 151 |
| Nye | 9,612 | 2,562 | 5,881 | 1,169 | 368 | | | | 9,980 | 2,576 | 5,922 | 1,482 |
| Pershing | 1,148 | 249 | 701 | 198 | 9 | - | 9 | - | 1,157 | 249 | 710 | 198 |
| Storey | 1,404 | 372 | 825 | 207 | 136 | 10 | 104 | 22 | 1,540 | 382 | 929 | 229 |
| Washoe | 94,500 | 40,498 | 38,822 | 15,180 | 3,106 | 816 | 1,866 | 424 | 97,606 | 41,314 | 40,688 | 15,604 |
| White Pine | 2,158 | 479 | 1,382 | 297 | 15 | - | 13 | 2 | 2,173 | 479 | 1,395 | 299 |
| **Statewide** | 483,788 | 212,359 | 194,621 | 76,808 | 7,866 | 993 | 2,793 | 585 | 491,654 | 213,366 | 197,455 | 77,706 |
| | Percent of Mail Ballots Returned | 43.90% | 40.23% | 15.88% | Percent of Early Voting | 13% | 36% | 7% | Percent of Total Turnout by Party | 43% | 40% | 16% |

Notes:

*These numbers show how many people participated in the 2020 Primary Election <u>not</u> the number of ballots counted. Ballots returned by mail and in-person ballots can be rejected for various reasons (such as a missing or mismatching signature not being cured, the person not providing proof of ID, etc.). To see results of the ballots that were counted go to: silverstateelection.nv.gov.

*These are unaudited totals of mail ballots received by the close of each business day and are provided by Nevada's county election officials. These numbers will change on a daily basis. Before being counted all returned mail ballots are inspected to ensure the voter information and signature matches the voter registration data on file.

*Counties that show zero In-person voters have either not had any in-person voters or have not reported them to the Secretary of State.