# EXHIBIT I



**Office of Nevada Secretary of State Barbara K. Cegavske**
**2016 Primary Election Turnout**
**In Person Early Voting, Absent, and Mailing Precincts**
Updated: 6/23/2016

| County | Active Voters | In Person Early Voting | | | | | Absent Ballots | | | | | Mailing Precinct Ballots | | | | | Election Day | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Percent of Active | Dem Total | Rep Total | Other Total | Total Returned | Percent of Active | Dem Total | Rep Total | Other Total | Total Returned | Percent of Active | Dem Total | Rep Total | Other Total | Total | Percent of Active | Dem Total | Rep Total | Other Total |
| Carson City | 23,260 | 4,763 | 20.48% | 1,567 | 2,684 | 512 | 942 | 4.05% | 281 | 546 | 115 | - | 0.00% | - | - | - | 2,710 | 11.65% | 856 | 1,572 | 282 |
| Churchill | 11,751 | 1,575 | 13.40% | 349 | 1,129 | 97 | 198 | 1.68% | 39 | 124 | 35 | - | 0.00% | - | - | - | 1,199 | 10.20% | 224 | 891 | 84 |
| Clark | 889,377 | 76,567 | 8.61% | 39,817 | 30,158 | 6,592 | 14,273 | 1.60% | 6,314 | 6,308 | 1,651 | 744 | 0.08% | 304 | 341 | 99 | 52,234 | 5.87% | 25,171 | 22,679 | 4,384 |
| Douglas | 26,138 | 3,717 | 14.22% | 684 | 2,838 | 195 | 1,027 | 3.93% | 197 | 747 | 83 | - | 0.00% | - | - | - | 4,268 | 16.33% | 910 | 3,076 | 282 |
| Elko | 20,985 | 1,481 | 7.06% | 295 | 1,011 | 175 | 192 | 0.91% | 52 | 117 | 23 | 481 | 2.29% | 89 | 313 | 79 | 2,085 | 9.94% | 377 | 1,492 | 216 |
| Esmeralda | 580 | 29 | 5.00% | 1 | 19 | 9 | 19 | 3.28% | 2 | 15 | 2 | 45 | 7.76% | 8 | 29 | 8 | 92 | 15.86% | 22 | 65 | 5 |
| Eureka | 868 | 174 | 20.05% | 22 | 135 | 17 | 28 | 3.23% | 2 | 26 | 0 | 131 | 15.09% | 20 | 93 | 18 | 122 | 14.06% | 12 | 96 | 14 |
| Humboldt | 7,138 | 805 | 11.28% | 173 | 572 | 60 | 107 | 1.50% | 26 | 70 | 11 | 267 | 3.74% | 48 | 173 | 46 | 720 | 10.09% | 117 | 538 | 65 |
| Lander | 2,688 | 463 | 17.22% | 99 | 327 | 37 | 66 | 2.46% | 12 | 46 | 8 | 176 | 6.55% | 20 | 139 | 17 | 204 | 7.59% | 32 | 145 | 27 |
| Lincoln | 2,522 | 175 | 6.94% | 49 | 122 | 4 | 43 | 1.70% | 11 | 31 | 1 | 16 | 0.63% | 2 | 12 | 2 | 476 | 18.87% | 124 | 314 | 38 |
| Lyon | 31,214 | 2,535 | 8.12% | 674 | 1,634 | 227 | 234 | 0.75% | 66 | 135 | 33 | - | 0.00% | - | - | - | 3,437 | 11.01% | 790 | 2,313 | 334 |
| Mineral | 2,831 | 250 | 8.83% | 100 | 121 | 29 | 14 | 0.49% | 6 | 6 | 2 | 145 | 5.12% | 39 | 85 | 21 | 245 | 8.65% | 109 | 116 | 20 |
| Nye | 25,522 | 2,865 | 11.23% | 863 | 1,785 | 217 | 423 | 1.66% | 126 | 234 | 63 | 172 | 0.67% | 66 | 83 | 23 | 2,229 | 8.73% | 606 | 1,375 | 248 |
| Pershing | 2,326 | 342 | 14.70% | 87 | 217 | 38 | 15 | 0.64% | 7 | 8 | 0 | 160 | 6.88% | 45 | 86 | 29 | 309 | 13.28% | 79 | 214 | 16 |
| Storey | 2,714 | 203 | 7.48% | 58 | 145 | 0 | 73 | 2.69% | 14 | 59 | 0 | 22 | 0.81% | 0 | 22 | 0 | 428 | 15.77% | 157 | 271 | 0 |
| Washoe | 241,438 | 25,079 | 10.39% | 10,058 | 12,736 | 2,285 | 4,458 | 1.85% | 1,539 | 2,348 | 571 | 234 | 0.10% | 68 | 144 | 22 | 22,305 | 9.24% | 8,471 | 11,695 | 2,139 |
| White Pine | 4,270 | 353 | 8.27% | 104 | 227 | 22 | 239 | 5.60% | 97 | 115 | 27 | 317 | 7.42% | 97 | 187 | 33 | 513 | 12.01% | 193 | 267 | 53 |
| Statewide | 1,295,622 | 121,376 | 9.37% | 55,000 | 55,860 | 10,516 | 22,351 | 1.73% | 8,791 | 10,935 | 2,625 | 2,910 | 0.22% | 806 | 1,707 | 397 | 93,576 | 7.22% | 38,250 | 47,119 | 8,207 |
| Percent of In Person Early Voting Ballots Cast | | | | 45.31% | 46.02% | 8.66% | Percent of Returned | | 39.33% | 48.92% | 11.74% | Percent of Returned | | 27.70% | 58.66% | 13.64% | Percent of Turnout | | 40.88% | 50.35% | 8.77% |

| County | Active Votes | Total Turnout | | | | | | Dem | | Rep | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Ballots Cast | Percent of Active | Early Voting | Absent Ballots | Mailing Ballots | Election Day | Total | Percent of Ballots Cast | Total | Percent of Ballots Cast | Total | Percent of Ballots Cast |
| Carson City | 23,260 | 8,415 | 36.18% | 4,763 | 942 | - | 2,710 | 2,704 | 32.13% | 4,802 | 57.06% | 909 | 10.80% |
| Churchill | 11,751 | 2,972 | 25.29% | 1,575 | 198 | - | 1,199 | 612 | 20.59% | 2,144 | 72.14% | 216 | 7.27% |
| Clark | 889,377 | 143,818 | 16.17% | 76,567 | 14,273 | 744 | 52,234 | 71,606 | 49.79% | 59,486 | 41.36% | 12,726 | 8.85% |
| Douglas | 26,138 | 9,012 | 34.48% | 3,717 | 1,027 | - | 4,268 | 1,791 | 19.87% | 6,661 | 73.91% | 560 | 6.21% |
| Elko | 20,985 | 4,239 | 20.20% | 1,481 | 192 | 481 | 2,085 | 813 | 19.18% | 2,933 | 69.19% | 493 | 11.63% |
| Esmeralda | 580 | 185 | 31.90% | 29 | 19 | 45 | 92 | 33 | 17.84% | 128 | 69.19% | 24 | 12.97% |
| Eureka | 868 | 455 | 52.42% | 174 | 28 | 131 | 122 | 56 | 12.31% | 350 | 76.92% | 49 | 10.77% |
| Humboldt | 7,138 | 1,899 | 26.60% | 805 | 107 | 267 | 720 | 364 | 19.17% | 1,353 | 71.25% | 182 | 9.58% |
| Lander | 2,688 | 909 | 33.82% | 463 | 66 | 176 | 204 | 163 | 17.93% | 657 | 72.28% | 89 | 9.79% |
| Lincoln | 2,522 | 710 | 28.15% | 175 | 43 | 16 | 476 | 186 | 26.20% | 479 | 67.46% | 45 | 6.34% |
| Lyon | 31,214 | 6,206 | 19.88% | 2,535 | 234 | - | 3,437 | 1,530 | 24.65% | 4,082 | 65.78% | 594 | 9.57% |
| Mineral | 2,831 | 654 | 23.10% | 250 | 14 | 145 | 245 | 254 | 38.84% | 328 | 50.15% | 72 | 11.01% |
| Nye | 25,522 | 5,689 | 22.29% | 2,865 | 423 | 172 | 2,229 | 1,661 | 29.20% | 3,477 | 61.12% | 551 | 9.69% |
| Pershing | 2,326 | 826 | 35.51% | 342 | 15 | 160 | 309 | 218 | 26.39% | 525 | 63.56% | 83 | 10.05% |
| Storey | 2,714 | 726 | 26.75% | 203 | 73 | 22 | 428 | 229 | 31.54% | 497 | 68.46% | 0 | 0.00% |
| Washoe | 241,438 | 52,076 | 21.57% | 25,079 | 4,458 | 234 | 22,305 | 20,136 | 38.67% | 26,923 | 51.70% | 5,017 | 9.63% |
| White Pine | 4,270 | 1,422 | 33.30% | 353 | 239 | 317 | 513 | 491 | 34.53% | 796 | 55.98% | 135 | 9.49% |
| Statewide | 1,295,622 | 240,213 | 18.54% | 121,376 | 22,351 | 2,910 | 93,576 | 102,847 | 42.81% | 115,621 | 48.13% | 21,745 | 9.05% |
| Percent of Total Ballots Cast | | | | 50.53% | 9.30% | 1.21% | 38.96% | 43% | | 48% | | 9% | |

Notes:
These are unaudited totals provided by the county containing Early Voting, Absentee and Maling ballots, and Election Day turnout.
Dashses are shown when ballot type is not used.