# EXHIBIT J



**COVID-19** - As recommended precautions continue to increase for COVID-19, the James E. Rudder Building will be closed to visitors and customers beginning Wednesday, March 18, 2020. The Office of the Secretary of State is committed to continuing to provide services to ensure business and public filings remain available 24/7 through our online business service, SOSDirect or use the new SOSUpload. Thank you in advance for your patience during this difficult time. Information on Testing Sites is now available.

---

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Early Voting - November 2, 2018

November 6, 2018
Early Voting
Cumulative Totals
Thru Close of Business
November 2, 2018

| County | Reg Voters | # In Person On 11/02/2018 | Cumulative In-Person Voters | Cumulative % In-Person | Cumulative By Mail Voters | Cumulative % by Mail Voters | Cumulative In-Person And Mail Voters | Cumulative Percent Early Voting |
|---|---|---|---|---|---|---|---|---|
| Harris | 2,338,460 | 96,401 | 766,613 | 32.78% | 89,098 | 3.81% | 855,711 | 36.59% |
| Dallas | 1,335,313 | 59,853 | 492,257 | 36.86% | 37,470 | 2.81% | 529,727 | 39.67% |
| Tarrant | 1,122,597 | 51,623 | 432,404 | 38.52% | 33,413 | 2.98% | 465,817 | 41.49% |
| Bexar | 1,098,257 | 42,124 | 379,699 | 34.57% | 34,493 | 3.14% | 414,192 | 37.71% |
| Travis | 775,950 | 40,512 | 350,218 | 45.13% | 17,830 | 2.30% | 368,048 | 47.43% |
| Collin | 579,893 | 30,940 | 271,053 | 46.74% | 15,340 | 2.65% | 286,393 | 49.39% |
| Denton | 497,490 | 24,669 | 216,541 | 43.53% | 12,109 | 2.43% | 228,650 | 45.96% |
| El Paso | 455,992 | 14,905 | 129,858 | 28.48% | 9,247 | 2.03% | 139,105 | 30.51% |
| Fort Bend | 431,832 | 23,620 | 186,580 | 43.21% | 12,687 | 2.94% | 199,267 | 46.14% |
| Hidalgo | 361,562 | 13,647 | 107,741 | 29.80% | 6,819 | 1.89% | 114,560 | 31.68% |
| Montgomery | 333,488 | 13,493 | 124,711 | 37.40% | 13,414 | 4.02% | 138,125 | 41.42% |
| Williamson | 331,985 | 16,771 | 152,620 | 45.97% | 9,954 | 3.00% | 162,574 | 48.97% |
| Galveston | 212,630 | 9,392 | 82,572 | 38.83% | 7,594 | 3.57% | 90,166 | 42.41% |
| Brazoria | 207,446 | 9,337 | 83,048 | 40.03% | 5,796 | 2.79% | 88,844 | 42.83% |
| Cameron | 206,966 | 6,136 | 50,917 | 24.60% | 3,659 | 1.77% | 54,576 | 26.37% |
| Nueces | 205,176 | 7,576 | 61,185 | 29.82% | 6,445 | 3.14% | 67,630 | 32.96% |
| Bell | 195,760 | 5,859 | 53,203 | 27.18% | 4,794 | 2.45% | 57,997 | 29.63% |
| Lubbock | 175,881 | 6,843 | 66,370 | 37.74% | 4,705 | 2.68% | 71,075 | 40.41% |
| Jefferson | 148,344 | 5,869 | 53,786 | 36.26% | 4,989 | 3.36% | 58,775 | 39.62% |
| McLennan | 139,699 | 5,403 | 44,540 | 31.88% | 5,904 | 4.23% | 50,444 | 36.11% |
| Smith | 134,712 | 5,521 | 50,477 | 37.47% | 5,368 | 3.98% | 55,845 | 41.46% |
| Hays | 134,403 | 7,494 | 57,262 | 42.60% | 5,321 | 3.96% | 62,583 | 46.56% |
| Webb | 130,784 | 4,736 | 32,256 | 24.66% | 1,263 | 0.97% | 33,519 | 25.63% |
| Brazos | 114,377 | 5,227 | 39,135 | 34.22% | 2,917 | 2.55% | 42,052 | 36.77% |
| Ellis | 108,349 | 5,698 | 42,441 | 39.17% | 2,722 | 2.51% | 45,163 | 41.68% |
| Comal | 100,867 | 4,084 | 43,597 | 43.22% | 4,886 | 4.84% | 48,483 | 48.07% |
| Guadalupe | 100,552 | 4,010 | 37,000 | 36.80% | 2,782 | 2.77% | 39,782 | 39.56% |
| Johnson | 97,157 | 4,119 | 36,039 | 37.09% | 2,628 | 2.70% | 38,667 | 39.80% |
| Parker | 91,858 | 4,585 | 38,156 | 41.54% | 2,594 | 2.82% | 40,750 | 44.36% |
| Randall | 87,827 | 3,746 | 32,857 | 37.41% | 3,357 | 3.82% | 36,214 | 41.23% |
| Total | 12,255,607 | 534,193 | 4,515,136 | 36.84% | 369,598 | 3.02% | 4,884,734 | 39.86% |