# EXHIBIT L

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br> Defendant. | Civil Action No. 5:20-cv-00577 <br><br> Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

**DECLARATION OF MADISON LEE IN SUPPORT OF PLAINTIFFS' MOTION**

Pursuant to 20 U.S.C. § 1746, I, Madison Lee, declare as follows:

1.  My name is Madison Lee. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2.  I currently live in Austin, Texas, and am a registered voter in Travis County. I am 23 years old. I am currently enrolled as a student at the University of Houston, where I am pursuing my MA in Communication Sciences and Disorders. I hope to have a career as a speech language pathologist—otherwise known as a speech therapist—when I finish my graduate degree.

3.  I have always made it a priority to exercise my right to vote. I have participated in every election since I turned 18. In the past, I have voted in person because I feel more confident that I will successfully cast my mail-in ballot and have it counted. However, I voted by mail for

the March 2020 Democratic primary because I am a registered voter in Travis County but was then living in Houston for school.

4. Despite my preference to vote in person, I have made the decision to vote by mail in the November general election because of the current public health crisis and my heightened risk of severe complications. I suffer from a condition called Juvenile Rheumatoid Arthritis, an autoimmune disease that affects the function of my hands and other parts of my body and causes me daily pain. Essentially, this condition occurs because my body's immune system misfires and attacks the tissue in all of my joints. In order to treat this condition, then, I have to take multiple types of immunosuppressants every day: NSAIDs, leflunomide (DMARD), and tofacitinum (tsDMARD) or anti-JAK. My doctors have informed me that my immunosuppressants, which weaken my immune system and already cause me to become sick much more easily, leave me vulnerable to a grave reaction to COVID-19. For this reason, I have been sheltering in place at my parents' home since the pandemic began. I have rarely left the house for fear of contracting the virus. When applying to vote by mail for the November 2020 election, I will indicate that I am eligible to do so because I am disabled, since going to a polling place to vote in person is likely to cause me grave bodily injury if it exposes me to the virus. With the growing numbers of COVID-19 cases in Texas and the likelihood of a resurgence in the fall, I doubt I will be able to safely leave my home, whether to vote or do anything else, in the near future.

5. Despite the fact that I will choose to vote by mail in November, I do not have great confidence that my mail-in ballot will be counted. I understand there to be several restrictions in Texas's election law that make it challenging for individuals to successfully vote by mail. Those restrictions—the Postage Tax, Ballot Receipt Deadline, Signature Match Requirement, and Voter

Assistance Ban (together, "Challenged Provisions")—are the subject of this lawsuit. I believe that these restrictions will make it difficult for me to have my vote counted.

6. The Postage Tax decreases my confidence in my ability to vote by mail. I will have to independently secure and pay for postage to mail my ballot. While I generally support the postal service, I do not think that I should have to spend money to cast my vote. Also, because of my condition, I try to avoid making unnecessary trips outside my home and do not want to have to leave my home to go buy stamps, which my family does not typically keep a supply of at home. Notably, when I was attempting to submit my mail-in ballot in March, I did not have any stamps and was concerned that I would not be able to obtain postage in time to mail my ballot to ensure that it would be counted. Fortunately, my roommate was sending out her wedding invitations at the same time and gave me a few stamps. Had it not been for this lucky and out-of-the-ordinary coincidence I may not have been able to mail my ballot in time.

7. I also lack confidence in voting by mail in part because of the Ballot Receipt Deadline. Namely, I am concerned with the fact that USPS is overburdened and under-staffed, which has caused and will continue to cause delays in deliveries. I fear that I will not receive my mail-in ballot at all, or will receive it very close to the election, leaving me little time to mail it back with adequate time for it to arrive at the county before the deadline. When I voted by mail in March, I received my ballot from the county around March 1st, only a few days before the March 3rd election day, which left me very little time to secure the necessary postage and mail my ballot. I recall sending my marked mail-in ballot back one or two days before the election. While I understand that the deadline requires ballots to be postmarked by 7:00 p.m. on election day, it also requires that the county receive the ballot by 5:00 p.m. the day after the election. Because my ballot was mailed so close to election day, I am unsure whether it actually arrived to the county by 5:00

3

p.m. the day after the election. I am aware that Texas law does *not* require counties to notify voters if their mail-in ballots arrive late, so I have no idea whether my ballot was counted. It would not surprise me if it was not counted.

8. I am concerned, too, about the Signature Match Requirement. On days when my arthritis is very bad, the legibility of my handwriting suffers. I am concerned that fluctuations in my handwriting because of fluctuations in my health will lead to my mail-in ballot being rejected because of signature mismatch, despite the fact that I personally signed my application to vote by mail and will personally sign the ballot carrier envelope in November. Also, because I am young, my signature has changed a lot even in the last six years. *Compare* Exhibit A (signature on driver's license signed at 16 years old) *with* Exhibit B (signature on 2020 Voter Registration Certificate). I believe it is very common for people with differing physical abilities to have changing handwriting and signatures. It occurs to me that the Signature Match Requirement may lead to disabled voters having their mail-in ballots rejected at a much higher rate than other mail-in voters. However, it is important for this population to be heard to ensure that its interests are represented by elected officials. This issue is very important to me: outside of my academic career, I am very engaged in advocacy for disability rights. I have friends of varying levels of physical abilities, and I am concerned that their mail-in ballots will not be counted in November. The enforcement of the Signature Match Requirement will affect my confidence in the election, and also my confidence that my interests will be represented by whoever wins each race in the election.

9. I believe that besides a person's health, there are few things more important than exercising the right to vote. I do not want to have to make a choice between my health and casting as ballot. I would feel more confident that my mail-in ballot and everyone else's mail-in ballot would be counted if people have more than one option for returning their mail-in ballot, including

4

having trusted individuals collect those ballots and deliver them directly to the county election office. If the Voter Assistance Ban was overturned, I would ask someone in my family to take my marked ballot and deliver it to the county. Knowing that my ballot arrived before the Ballot Receipt Deadline would make me feel more confident that my vote will be counted.

10. While I feel I have no other choice but to vote by mail in November's general election in order to protect my health, the Challenged Provisions leave me unsure about whether my mail-in ballot will actually be counted. I fear that I will be disenfranchised in this very important election because I am unable to cast my ballot in-person. If Texas gives me the right to vote by mail, it should respect that right and not enforce laws that make voting by mail challenging at best and impossible at worst.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 19, 2020

By: *Madison Lee*
ABE514CC7F37414...
Madison Lee

5

# EXHIBIT A





# EXHIBIT B

