# EXHIBIT Q

## King County Prepaid Postage Pilot: Summary

*In the February 2017 special election King County Elections tested prepaid postage in two jurisdictions with a total of about 65,000 registered voters. Voters in each jurisdiction received ballot packets that included a return envelope with the postage already paid.*

1. Did return envelopes get postmarked?

    We found no change in the cancellation rate for business reply mail. Our baseline measure was approximately 99% of envelopes with regular first class stamps receiving a postmark. For this election we saw 98.7% postmarked.

2. Did business reply mail impact our process?

    70% of ballots were received within 2 days of the postmark, which was in-line with our pre-election understanding of the USPS process. This means there was a consistent one-day lag. With a process change for April, we saw this lag disappear.

    

3. Did voter behavior change?

    

    For this election we saw approximately 74% of ballots returned through the mail and 26% through drop boxes. The table to the left shows the method of return for the same voters in the 2016 general election compared to the February special election. There was clearly a pretty significant shift toward mail in February in both jurisdictions.

Turnout is of course driven by many factors, so we cannot draw any definitive conclusions from this pilot. However, actual turnout in this election greatly exceeded our projections. The table below shows projected and actual turnout, as well as turnout in the most recent special election for each jurisdiction. When we piloted prepaid postage again in April (for about 8,000 registered voters) turnout was similarly about 8 points higher than projected.

|  | Previous special election | Projected | Actual |
|---|---|---|---|
| Shoreline | 30% | 30% | 40% |
| Maple Valley | 31% | 31% | 37% |