# EXHIBIT Z

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00577 <br><br> Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

## DECLARATION OF JOANNA MARIE GREEN IN SUPPORT OF PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Joanna Marie Green, testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge. If called upon to testify before this Court I would do so to the same effect.

2. I am currently a resident of the State of Texas and I am a duly registered voter in Hays County. I am 66 years old.

3. In Texas's 2018 General Election, I submitted an absentee ballot application, and then received a ballot to vote by mail.

-2-

    4.    I was unable to vote in person due to being partially paralyzed. The partial paralysis resulted from surgeries related to breast cancer, which later spread to my brain. Fortunately, I am now cancer-free and feeling much better.

    5.    I filled out my vote by mail ballot, sealed the envelope, and signed the outside flap. My partner, with whom I live, then timely mailed my ballot on my behalf to the county board of elections to be counted.

    6.    After the election, I learned that my ballot for the 2018 General Election had been rejected because my signatures were deemed not to match.

    7.    I did not know that my ballot had been rejected until after the election. Had I known and been given an opportunity to address the issue, I would have explained that I in fact cast my vote.

    8.    And, had I been given an opportunity, I would have also explained to the relevant officials that my signature tends to change, likely as the result of having to sign documents left-handed.  I have right-side paralysis, and I was right-handed. I use my left hand now for many things, including signing papers, but my signature never looks exactly the same.

    9.    I signed the voter roll when I registered to vote, and I signed my ballot for the 2018 General Election. There should be no reason why my vote should not have been counted.

    Under penalties of perjury under the laws of the United States of America and the State of Texas, I declare that the foregoing is true and correct to my own knowledge.

-3-

Dated: June __11__, 2020                     Respectfully submitted,

―DocuSigned by:<br>
*Joanna Green*<br>
―47429A234EEB4D1...<br>
JOANNA MARIE GREEN

-3-