# EXHIBIT AA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00577 <br><br> Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

## DECLARATION OF TERRENCE WILLIAM TULL IN SUPPORT OF PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Terrence William Tull testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge. If called upon to testify before this Court I would do so to the same effect.

2. I am currently a resident of the State of Texas and I am a duly registered voter in Hays County. I am 72 years old.

3. In Texas's 2018 General Election, I submitted an absentee ballot application, and then received a ballot to vote by mail.

4. I filled out my vote by mail ballot, sealed the envelope, and signed the outside flap. I then timely mailed my ballot to the county board of elections to be counted.

5. After the election, I learned that my ballot for the 2018 General Election had been rejected because my signature did not match.

6. I did not know that my ballot had been rejected until after the election. Had I known and been given an opportunity to address the issue, I would have explained that I in fact cast my vote. I had in fact called Hays County and spoke with an election official prior to the election and mentioned my concerns over my signature matching. I also called Hays County and spoke with that same election official after the election, who then informed me that my ballot was rejected.

7. I have two styles of signature. One is a shortened signature that I sign quickly and the other is a more formal signature that I use for legal documents.

8. I signed the voter roll when I registered to vote, and I signed my ballot for the 2018 General Election. I can understand that my different signatures may have created some confusion, but had I been contacted I could have easily clarified the situation and had my vote counted.

Under penalties of perjury under the laws of the United States of America and the State of Texas, I declare that the foregoing is true and correct to my own knowledge.

Dated: June 16, 2020

Respectfully submitted,

*Terrence William Tull*
DocuSigned by: FEE044287D92483
TERRENCE WILLIAM TULL