# EXHIBIT AB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00577 <br><br> Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

### DECLARATION OF JUANITA E. MCADOO IN SUPPORT OF PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Juanita Elizabeth McAdoo, testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge. If called upon to testify before this Court I would do so to the same effect.

2. I am currently a resident of the State of Texas and I am a duly registered voter in Cook County. I am 75 years old and have lived in Cook County for 50 years.

3. In Texas's 2018 General Election, I submitted an absentee ballot application, and then received a ballot to vote by mail.

4. I filled out my vote by mail ballot, sealed the envelope, and signed the outside flap. I then timely mailed my ballot to the county board of elections to be counted.

5.  A few weeks after the election, I learned that my ballot for the 2018 General Election had been rejected because my signature on my carrier envelope did not match my signature on my application for ballot by mail.

6.  I did not know that my ballot had been rejected until after several weeks after the election. Had I known, I would have explained that I in fact cast my vote. I did not think to challenge or resolve the signature mismatch because the election results had long been decided.

7.  I signed the voter roll when I registered to vote, and I signed my ballot for the 2018 General Election. There should be no reason why my vote was not counted. My signature has remained the same for decades.

8.  I would not do anything differently if voting by mail again, except to potentially resolve any signature mismatch if one was again declared erroneously, if given the opportunity and I was not feeling ill, which I recently have been. However, my disenfranchisement in the 2018 General Election has made me think twice about voting in this upcoming election since I am disheartened and discouraged to think that my vote might not count again for reasons beyond my control.

Under penalties of perjury under the laws of the United States of America and the State of Texas, I declare that the foregoing is true and correct to my own knowledge.

Dated: June __8__, 2020

Respectfully submitted,

_Juanita E. McAdoo_
Juanita Elizabeth McAdoo