# EXHIBIT AC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>　　　　　Defendant. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00577<br><br>Related to *Gloria et al. v. Hughs et al.*, No. 5:20-cv-00527 |

**DECLARATION OF PRENTISS HOGAN IN SUPPORT OF PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Prentiss R. Hogan, testify that:

1. I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge. If called upon to testify before this Court I would do so to the same effect.

2. I am currently a resident of the State of Texas and I am a duly registered voter in Johnson County. I am 85 years old.

3. In Texas's 2018 General Election, I submitted an absentee ballot application, and then received a ballot to vote by mail. This was the first and only time I've ever attempted to vote by mail.

4. I filled out my vote by mail ballot, sealed the envelope, and signed the outside flap. I then timely mailed my ballot, weeks in advance of the election, to the county board of elections to be counted.

5. Two to three days after the election, I learned that my ballot for the 2018 General Election had been rejected because my signature on my carrier envelope did not match my signature on my application for ballot by mail.

6. I did not know that my ballot had been rejected until after the election. Had I known, I would have explained that I in fact cast my vote. I would have taken steps to cure the signature mismatch issue, if given the opportunity. I was disheartened that I was simply told my ballot was rejected and thought there would be some sort of evidence to support a conclusion that the signature did not match that I could refute.

7. I signed the voter roll when I registered to vote, and I signed my ballot for the 2018 General Election. There should be no reason why my vote was not counted. I signed my ballot in the same manner that I would sign any other document.

8. I would not do anything differently if voting by mail again, except—if given the opportunity—to resolve any signature mismatch if one was again declared erroneously. However, my disenfranchisement in the 2018 General Election has discouraged me from voting by mail in this upcoming election. I am leaning heavily toward voting in person—which I worry may have health implications given my age and the COVID-19 pandemic—since I am concerned that otherwise my vote might not count again for reasons beyond my control.

/

/

/

-3-

Under penalties of perjury under the laws of the United States of America and the State of Texas, I declare that the foregoing is true and correct to my own knowledge.

Dated:  June  5 , 2020                              Respectfully submitted,

DocuSigned by:<br>
*Prentiss Hogan*<br>
0B1952825533412...<br>
Prentiss R. Hogan