FILED

JUN 2 6 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and TEXAS ALLIANCE FOR RETIRED AMERICANS, *Plaintiffs,* | § § § § § § § § § § § § | Civil Action No. 5:20-cv-00577-OLG |
| *v.* | § § | |
| RUTH HUGHS, in her official capacity as the Texas Secretary of State, *Defendant.* | § § § § | |

## ORDER

On this day, the Court considered the status of the above-captioned case. On June 22, 2020, Plaintiffs filed their Motion for Preliminary Injunction and Memorandum of Law in Support (docket no. 20). Under Local Rule CV-7(e)(2), the Secretary of State's response would be due on June 29, 2020. However, on June 23, 2020, the Secretary of State filed Defendant's Motion for Extension of Time to File a Response to Plaintiffs' Motion for Preliminary Injunction (docket no. 25). Specifically, the Secretary of State requested an extension of the response deadline to 7 days following the discovery deadline to be set by the Court, citing in part the expert reports required to rebut Plaintiffs' arguments. *See* docket no. 25. Under Local Rule CV-7(e)(2), Plaintiffs' response to this motion is due on June 30, 2020.

In light of this schedule, the Court hereby **VACATES** the June 29, 2020 deadline for the Secretary's response to Plaintiffs' Motion for Preliminary Injunction. The Court **ORDERS** the parties to confer and submit proposed scheduling orders for discovery and briefing for the

1

Motion for Preliminary Injunction by <u>Thursday, July 2, 2020</u>. The Court will issue a scheduling order, including resetting the Secretary's response deadline, after consideration of the parties' submissions.

It is so **ORDERED.**

**SIGNED** this _____ day of June, 2020.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

2