UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and TEXAS ALLIANCE FOR RETIRED AMERICANS, §§§§§§§§§§§§§§§§§ Plaintiffs, §§ v. §§ RUTH HUGHS, in her official capacity as the Texas Secretary of State, §§ Defendant. | Civil Action No. 5:20-cv-00577-OLG |

### ORDER SETTING SCHEDULING DEADLINES ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On this day, the Court considered the status of the above-captioned case. On June 22, 2020, Plaintiffs filed their Preliminary Injunction Motion. *See* docket no. 20. On June 26, 2020, the Court ordered the parties to confer and submit proposed scheduling orders for discovery and briefing related to the Preliminary Injunction Motion. *See* docket no. 27. On July 2, 2020, the parties submitted a joint advisory explaining that they had conferred but were unable to reach an agreement, each submitting their own proposed schedules. *See* docket no. 28. Considering the parties' proposals and interests articulated in the joint advisory, as well as the difficulties presented by the COVID-19 pandemic, the Court enters the following schedule.

1. The deadline for Secretary Hughs to disclose expert witnesses used to respond to Plaintiffs' Preliminary Injunction Motion is July 31, 2020.

2. The deadline for Plaintiffs to disclose any rebuttal experts is August 14, 2020.

3. The deadline to complete discovery related to the Preliminary Injunction Motion is August 21, 2020.

4. The deadline for Secretary Hughs's response to the Preliminary Injunction Motion is August 28, 2020.

5. The deadline for Plaintiffs' reply is September 4, 2020.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Extension of Time to File a Response to Plaintiffs' Motion for Preliminary Injunction (docket no. 25) is **DISMISSED AS MOOT.**

It is so **ORDERED**.

**SIGNED** this ___8th___ day of July, 2020.

        ORLANDO L. GARCIA
        CHIEF UNITED STATES DISTRICT JUDGE