IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS; MADISON LEE; ELLEN SWEETS; BENNY ALEXANDER; GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and TEXAS ALLIANCE OF RETIRED AMERICANS,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>*Defendant*. | CIVIL ACTION NO. 5:20-cv-00577-OLG |

### THE TEXAS SECRETARY OF STATE'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendant Ruth Hughs, in her official capacity as the Texas Secretary of State, gives this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on July 28, 2020. [ECF No. 31] The Secretary moved to dismiss all claims based on sovereign immunity. The order denying the Secretary's motion to dismiss is therefore immediately appealable under the collateral-order doctrine. *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 141 (1993); *City of Austin v. Paxton*, 943 F.3d 993, 996 (5th Cir. 2019). Because the Secretary asserted sovereign immunity against all claims asserted by the plaintiffs, this notice of appeal divests this Court of jurisdiction during the pendency of the appeal. "[N]otice of interlocutory appeal following a district court's denial of a defendant's immunity defense divests the district court of jurisdiction to proceed against that defendant." *Williams v. Brooks*, 996 F.2d 728, 729 (5th Cir. 1993) (per curiam); *see also Wooten*

*v. Roach*, 964 F.3d 395, 412 (5th Cir. 2020). Based on the foregoing Fifth Circuit precedent, proceedings in this Court, including all discovery matters, are suspended pending resolution of the appeal.

Date: August 7, 2020                                                          Respectfully submitted.

KEN PAXTON                                                                      */s/ Patrick K. Sweeten*
Attorney General of Texas                                         PATRICK K. SWEETEN
                                                                                          Associate Deputy for Special Litigation

JEFFREY C. MATEER
First Assistant Attorney General                              TODD LAWRENCE DISHER
                                                                                          Deputy Chief, Special Litigation Unit

RYAN L. BANGERT
Deputy First Assistant Attorney General               WILLIAM T. THOMPSON
                                                                                          Special Counsel

                                                                                          KATHLEEN HUNKER
                                                                                          Special Counsel

                                                                                          OFFICE OF THE ATTORNEY GENERAL
                                                                                          P.O. Box 12548 (MC-009)
                                                                                          Austin, Texas 78711-2548
                                                                                          Tel.: (512) 936-1414
                                                                                          Fax: (512) 936-0545
                                                                                          patrick.sweeten@oag.texas.gov
                                                                                          todd.disher@oag.texas.gov
                                                                                          will.thompson@oag.texas.gov
                                                                                          kathleen.hunker@oag.texas.gov

                                                                                          **COUNSEL FOR THE TEXAS SECRETARY OF STATE**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 7, 2020, and that all counsel of record were served by CM/ECF.

                                                                                          */s/ Patrick K. Sweeten*
                                                                                          PATRICK K. SWEETEN