# United States Court of Appeals
## for the Fifth Circuit

F I L E D

NOV – 5 2020

No. 20-50654

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

LINDA JANN LEWIS; MADISON LEE; ELLEN SWEETS; BENNY
ALEXANDER; GEORGE MORGAN; VOTO LATINO; TEXAS STATE
CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; TEXAS ALLIANCE FOR
RETIRED AMERICANS,

*Plaintiffs—Appellees*,

*versus*

RUTH HUGHS, TEXAS SECRETARY OF STATE,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-577-OLG

ON PETITION FOR REHEARING EN BANC

Before DENNIS, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

( ✓ )   No member of the panel nor judge in regular active service of the court
having requested that the court be polled on Rehearing En Banc

(FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )  The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.


ENTERED FOR THE COURT:


_____
UNITED STATES CIRCUIT JUDGE