# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

**FILED**

FEB 26 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
Suite 115
NEW ORLEANS, LA 70130

February 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50654  Lewis v. Hughs
              USDC No. 5:20-CV-577-OLG

The court has granted the motion of Fort Bend County, Texas; Harris County, Texas; and Dana DeBeauvoir; to file a corrected amicus brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Ms. Aria Branch
Ms. Jeannette Clack
Stephanie Command
Mr. Todd Lawrence Disher
Mr. Marc Erik Elias
Mr. Matthew Hamilton Frederick
Mr. Kevin J. Hamilton
Ms. Skyler Howton
Ms. Gillian Kuhlmann
Mr. Justin Carl Pfeiffer
Ms. Sarah Schirack
Mr. Patrick K. Sweeten
Mr. William Thomas Thompson