Case 5:20-cv-00577-OLG   Document 46   Filed 03/29/21   Page 1 of 1

FILED
March 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br>    *Plaintiffs*,<br><br>*v.*<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br>    *Defendant*. | Civil Action No. 5:20-cv-00577-OLG |

## ORDER ADMINISTRATIVELY CLOSING CASE

This case is currently before the Fifth Circuit on interlocutory appeal. The case will be **ADMINISTRATIVELY CLOSED** during the pendency of the appeal and may be reopened upon receipt of a ruling by the Fifth Circuit or the filing of a motion by any party.

It is so **ORDERED**.

**SIGNED** this   29th   day of March, 2021.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE