FILED
November 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS; MADISON LEE; ELLEN SWEETS; BENNY ALEXANDER; GEORGE MORGAN; VOTO LATINO; TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>    Plaintiffs,<br><br> v.<br><br>JOHN SCOTT, in his official capacity as the Texas Secretary of State,<br><br>    Defendant. | Civil Action<br><br>Case No. 5:20-cv-00577-OLG |

## ORDER

Plaintiffs have filed an unopposed motion to drop plaintiff Benny Alexander as a party under Rule 21 and request for an indicative ruling under Rule 62.1(a). After giving due consideration to this unopposed motion, the Court determines as follows:

The Court concludes that it would be inclined to grant Plaintiffs' Rule 21 motion if the U.S. Court of Appeals for the Fifth Circuit remands the above-captioned case to this Court for that limited purpose.

It is further ORDERED that pursuant to Rule 62.1(b), Plaintiffs shall promptly notify the circuit clerk under Federal Rule of Appellate Procedure 12.1 of the Court's decision.

SIGNED this  3rd  day of   November   , 2021.

                                                      Orlando L. Garcia
                                                     CHIEF UNITED STATES DISTRICT JUDGE