# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

FILED
APR - 7 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

655 ST. CHARLES AVE.
Suite 115
NEW ORLEANS, LA 70130

April 07, 2022

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

    No. 20-50654    Lewis v. Scott
                         USDC No. 5:20-CV-577-OLG

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

cc:
    Ms. Aria Branch
     Stephanie Command
    Mr. Todd Lawrence Disher
    Mr. Marc Erik Elias
    Mr. Kevin J. Hamilton
    Ms. Skyler Howton
    Ms. Beth Ellen Klusmann
    Ms. Sarah Schirack
    Mr. Patrick K. Sweeten
    Mr. William Thomas Thompson