Case 5:20-cv-00577-OLG   Document 51   Filed 06/17/22   Page 1 of 2

**FILED**
June 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>**Plaintiffs,**<br><br>v.<br><br>JOHN SCOTT,[1] IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE,<br><br>**Defendant.** | CIVIL NO. SA-20-CV-00577-OLG |

## ORDER

Before the Court is the status of this matter. The United States Court of Appeals for the Fifth Circuit has issued its judgment and mandate reversing this Court's order denying the Texas Secretary of State's Motion to Dismiss or, in the Alternative, for a More Definite Statement. Dkt. No. 50; *see* Dkt. No. 31. The Fifth Circuit has remanded this matter "with instructions to dismiss Plaintiffs' claims." Dkt. No. 50 at 8.

Accordingly, **IT IS ORDERED** that, within **fourteen days** of the entry of this Order, the parties shall submit a joint status report advising the Court regarding whether there are any remaining issues to be addressed before the Court enters judgment dismissing Plaintiffs' claims.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), John Scott was automatically substituted as the Defendant in this action when he took office as the Texas Secretary of State. The Clerk of Court is respectfully directed to amend the case caption as set forth above.

It is **FURTHER ORDERED** that, if the only remaining issue is the entry of judgment, the Defendant shall submit a proposed judgment at the time the parties file their joint status report.

It is so **ORDERED**.

**SIGNED** this  17th   day of June, 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE