# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and TEXAS ALLIANCE FOR RETIRED AMERICANS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN SCOTT, in his official capacity as Texas Secretary of State,<br><br>　　　　　　Defendant. | Civil Action No. 5:20-cv-00577-OLG |

## [PROPOSED] FINAL ORDER OF DISMISSAL

Pursuant to the Fifth Circuit's Judgement and decision in this case, it is hereby

**ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction.

**SIGNED** this _____ day of July, 2022.

_____
　　　　ORLANDO L. GARCIA
　　CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2022, I served a copy of the foregoing by electronic mail to all counsel of record as listed on the Service List below.

/s/ *Sarah Schirack*

## SERVICE LIST

Skyler M. Howton, TX# 24077907
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
showton@perkinscoie.com

Kevin J. Hamilton
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
khamilton@perkinscoie.com

Sarah Schirack
PERKINS COIE LLP
1029 W. 3rd Ave, Suite 300
Anchorage, AK 99517
sschirack@perkinscoie.com

Marc E. Elias
Aria C. Branch
ELIAS LAW GROUP LLP
10 G St Ne, Suite 600
Washington, DC 20002
melias@elias.law
abranch@elias.law

William (Ben) Stafford
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101-3099
bstafford@elias.law

*Counsel for Plaintiffs*

Patrick K. Sweeten
William T. Thompson
Michael R. Abrams
Office of the Attorney General
P.O. Box 12548 (MC-076)
Austin, Texas 78711-2548
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
michael.abrams@oag.texas.gov

*Counsel for Defendant*