Case 5:20-cv-00577-OLG   Document 53   Filed 07/05/22   Page 1 of 1

**FILED**
July 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TEXAS ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, <br><br> Defendant. | CIVIL NO. SA-20-CV-00577-OLG |

## FINAL ORDER OF DISMISSAL

Pursuant to the Fifth Circuit's Judgment and decision in this case, it is hereby **ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction.

It is so **ORDERED.**

SIGNED this ___5___ day of July, 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE